UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KURT A BENSHOOF,

        Plaintiff,

v.

MOSHE ADMON, *et al.*,

        Defendants.

Case No. C23-1392 JNW

ORDER

On September 7, 2023, Plaintiff filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) On September 8, 2023, this Court entered an order to show cause why the IFP application should not be denied based on inconsistent or incomplete information, noting that Plaintiff reported no income but monthly expenses of over $1,000, over $2,000 available in cash and bank accounts, and a vehicle worth $25,000. (Dkt. # 4.) On September 12, 2023, Plaintiff filed a response. (Dkt. # 6.)

In his response, Plaintiff explains that although he has no income, he pays for monthly expenses from his "personal lifetime savings." (Dkt. # 6 at 2.) Plaintiff states he has approximately $2,000 remaining of his lifetime savings. (*Id.*) Plaintiff indicates he is unemployed and not eligible for unemployment benefits. (*Id.*)

ORDER - 1

Plaintiff does not appear to have funds available to afford the $402.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Jamal N. Whitehead.

Dated this 19th day of September, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2