UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT BENSHOOF, | CASE NO. 2:23-cv-1392 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MOSHE ADMON, DANIEL AUDERER, JUSTIN BOOKER, FREYA BRIER, CITY OF SEATTLE, NATHAN CLIBER, ZACHARY COOK, BENJAMIN COOMER, ANITA CRAWFORD-WILLIS, JENNY DURKAN, JAMES ERVIN, DAVID ESTUDILLO, MARSHALL FERGUSON, MICHAEL FOX, COREY FOY, AMY FRANKLIN-BIHARY, WILLIAM GATES, III, STEVEN GONZALEZ, TYLER GOSLIN, WILLIE GREGORY, OWEN HERMSEN, JAY INSLEE, DAVID KEENAN, GABRIEL LADD, DANIEL LENTZ, MAGALIE LERMAN, MARY LYNCH, SARAH MACDONALD, ANTHONY MARINELLA, RICARDO MARTINEZ, BRADLEY MOORE, KATRINA OUTLAND, JESSICA OWEN, PCC NATURAL MARKETS, KYLE REKOFKE, STEVEN ROSEN, BLAIR RUSS, UMAIR SHAH, SPROUTS FARMERS MARKET, MICHAEL THURSTON, JARED WALLACE, and SANDRA WIDLAN, | |

MINUTE ORDER - 1

|   |   |
|---|---|
|   | Defendant. |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

Defendant City of Seattle moved to stay the initial scheduling deadlines set by the Court on October 11, 2023. Dkt. No. 34. The City argues good cause exists to stay the initial deadlines because the Court "has not yet completed its review under 28 U.S.C. § 1915(e)(2)" and "has not issued summonses." *Id.* at 2. Plaintiff Kurt Benshoof opposes the motion. Dkt. No. 35.

After the City moved to stay, the Court completed its 28 U.S.C. § 1915(e)(2) review and ordered Benshoof to file an amended complaint within 21 days. Dkt. No. 38 at 6-13, 16. The Court agrees good cause exists to stay the initial deadlines until Benshoof files an amended complaint. Accordingly, the Court STRIKES the initial scheduling deadlines set forth in its Minute Order dated October 11, 2023. Within fourteen days of Benshoof filing an amended complaint, the Court will issue a new order setting initial scheduling deadlines.

Dated this 14th day of November 2023.

Ravi Subramanian
Clerk
*/s/ Serge Bodnarchuk*
Deputy Clerk

MINUTE ORDER - 2