UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT BENSHOOF, | CASE NO. 2:23-cv-1392 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MOSHE ADMON, DANIEL AUDERER, JUSTIN BOOKER, FREYA BRIER, CITY OF SEATTLE, NATHAN CLIBER, ZACHARY COOK, BENJAMIN COOMER, ANITA CRAWFORD-WILLIS, JENNY DURKAN, JAMES ERVIN, DAVID ESTUDILLO, MARSHALL FERGUSON, MICHAEL FOX, COREY FOY, AMY FRANKLIN-BIHARY, WILLIAM GATES, III, STEVEN GONZALEZ, TYLER GOSLIN, WILLIE GREGORY, OWEN HERMSEN, JAY INSLEE, DAVID KEENAN, GABRIEL LADD, DANIEL LENTZ, MAGALIE LERMAN, MARY LYNCH, SARAH MACDONALD, ANTHONY MARINELLA, RICARDO MARTINEZ, BRADLEY MOORE, KATRINA OUTLAND, JESSICA OWEN, PCC NATURAL MARKETS, KYLE REKOFKE, STEVEN ROSEN, BLAIR RUSS, UMAIR SHAH, SPROUTS FARMERS MARKET, MICHAEL THURSTON, JARED WALLACE, and SANDRA WIDLAN, | |

MINUTE ORDER - 1

Defendants.

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On October 31, 2023, the Court ordered Plaintiff Kurt Benshoof to amend his complaint within 21 days to comply with Fed. R. Civ. P. 8. Dkt. No. 38 at 16. On November 21, 2023, Benshoof moved for an extension of time to file his amended complaint. Dkt. No. 43.

Because Benshoof is a pro se filer and because this is his first request for an extension, the Court GRANTS Benshoof's motion. The Court ORDERS Benshoof to file an amended complaint by November 24, 2023.

Dated this 21st day of November 2023.

Ravi Subramanian
Clerk
/s/ Kathleen Albert
Deputy Clerk

MINUTE ORDER - 2