UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT BENSHOOF, | CASE NO. 2:23-cv-1392 |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| MOSHE ADMON, MOSHE ADMON, DANIEL AUDERER, JUSTIN BOOKER, FREYA BRIER, CITY OF SEATTLE, NATHAN CLIBER, ZACHARY COOK, BENJAMIN COOMER, ANITA CRAWFORD-WILLIS, JENNY DURKAN, JAMES ERVIN, DAVID ESTUDILLO, MARSHALL FERGUSON, MICHAEL FOX, COREY FOY, AMY FRANKLIN-BIHARY, WILLIAM GATES, III, STEVEN GONZALEZ, TYLER GOSLIN, WILLIE GREGORY, OWEN HERMSEN, JAY INSLEE, DAVID KEENAN, GABRIEL LADD, DANIEL LENTZ, MAGALIE LERMAN, MARY LYNCH, SARAH MACDONALD, ANTHONY MARINELLA, RICARDO MARTINEZ, BRADLEY MOORE, KATRINA OUTLAND, JESSICA OWEN, PCC NATURAL MARKETS, KYLE REKOFKE, STEVEN ROSEN, BLAIR RUSS, UMAIR SHAH, SPROUTS FARMERS MARKET, MICHAEL THURSTON, JARED WALLACE, and SANDRA WIDLAN, | |

**ORDER** OF DISMISSAL - 1

| | |
|---|---|
| | Defendants. |

The Court considers this matter sua sponte. On October 31, 2023, the Court ordered Plaintiff Kurt Benshoof to file an amended complaint within 21 days that provided a short, plain, and concise statement of the factual basis for each of his claims as required by Fed. R. Civ. P. 8. Dkt. No. 38 at 16. The order warned Benshoof that the Court would dismiss his case if he failed to file an amended complaint within 21 days. *Id.* On November 21, 2023, the Court granted Benshoof an extension of time and ordered him to file an amended complaint by November 24, 2023. Having received no response, the Court now DISMISSES the case without prejudice.

Dated this 27th day of November, 2023.

*[signature]*

Jamal N. Whitehead
United States District Judge

**ORDER** OF DISMISSAL - 2