UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT BENSHOOF, | CASE NO. 2:23-cv-1392 |
| Plaintiff, | ORDER STRIKING DISMISSAL |
| v. | |
| MOSHE ADMON, DANIEL AUDERER, JUSTIN BOOKER, FREYA BRIER, CITY OF SEATTLE, NATHAN CLIBER, ZACHARY COOK, BENJAMIN COOMER, ANITA CRAWFORD-WILLIS, JENNY DURKAN, JAMES ERVIN, DAVID ESTUDILLO, MARSHALL FERGUSON, MICHAEL FOX, COREY FOY, AMY FRANKLIN-BIHARY, WILLIAM GATES, III, STEVEN GONZALEZ, TYLER GOSLIN, WILLIE GREGORY, OWEN HERMSEN, JAY INSLEE, DAVID KEENAN, GABRIEL LADD, DANIEL LENTZ, MAGALIE LERMAN, MARY LYNCH, SARAH MACDONALD, ANTHONY MARINELLA, RICARDO MARTINEZ, BRADLEY MOORE, KATRINA OUTLAND, JESSICA OWEN, PCC NATURAL MARKETS, KYLE REKOFKE, STEVEN ROSEN, BLAIR RUSS, UMAIR SHAH, SPROUTS FARMERS MARKET, MICHAEL THURSTON, JARED WALLACE, and SANDRA WIDLAN, | |

**ORDER** STRIKING DISMISSAL - 1

Defendants.

The Court received an email from Plaintiff Kurt Benshoof on November 27, 2023. The Court construes this email as a second request from Benshoof to extend the deadline to file his amended complaint until November 27, 2023, at 11:59 p.m. The Court finds good cause to grant Benshoof's request given his pro se status and any confusion about the Court's earlier filing deadline. Accordingly, the Court STRIKES its Order dismissing Benshoof's case, Dkt. No. 45, and GRANTS Benshoof's request for more time. Benshoof must file his amended complaint by November 27, 2023, at 11:59 p.m.

Dated this 27th day of November, 2023.

*[signature]*

Jamal N. Whitehead
United States District Judge

**ORDER** STRIKING DISMISSAL - 2