Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF, et al.,<br>                    Plaintiffs,<br>v.<br>MOSHE ADMON, et al.,<br>                    Defendants. | No.  2:23-cv-01392 JNW<br><br>PLAINTIFF'S NOTICE OF APPEAL OF TRO DENIAL ORDER |

## I.   NOTICE

Plaintiff Kurt Benshoof ("Benshoof") hereby gives notice of his Petition for Discretionary Review to the Ninth Circuit Court of Appeals from the Court's Order denying Benshoof's Fourth Motion for Temporary Restraining Order. (Dkt. #92)

Respectfully submitted this twentieth day of February 2024.

By: _____s/ Kurt Benshoof_____
Kurt Benshoof *Pro Se*

1716 N 128th Street
Seattle, WA 98133
Phone: (206) 460-4202
Email: kurtbenshoof@gmail.com

PLAINTIFF Notice of Appeal (Dkt 92)
WAWD No. 2;23-cv-01392-JNW
Page 1 of 2

Kurt Benshoof, Plaintiff
1716 N 128th ST
Seattle, Washington 98133
(206) 460-4202
kurtbenshoof@gmail.com

# CERIFICATION OF SERVICE

Plaintiff Kurt Benshoof hereby certifies that on February 20, 2024, he did electronically file the foregoing notice with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and by email to attorneys for defendants and by email to the addresses listed below.

**Attorneys For Defendant**
**CITY OF SEATTLE:**
Dallas LePierre, WSBA #47391
Catherine Riedo, WSBA #50418
701 Fifth Avenue
Suite 2050
Seattle, WA 98104
Email: dallas.lepierre@seattle.gov
Phone: (206) 386-1041
Email: catherine.riedo@seattle.gov
Phone: (206) 684-8200

**Attorney for Defendant**
**NATHAN CLIBER:**
Sarah N. Turner, WSBA #37748
Michael C. Tracy, WSBA #51226
701 Fifth Avenue
Suite 2100
Seattle, WA 98104
Phone: (206) 695-5178
Email: sturner@grsm.com
Email: mtracy@grsm.com

**Defendant KATRINA OUTLAND:**
Katrina Outland, WSBA #
522 North 85th Street
Apartment B414
Seattle, WA 98103
Phone: (253) 359-4517
Email: katrinaoutland@hotmail.com

**Defendant AMY FRANKLIN-BIHARY:**
Amy Franklin-Bihary, *pro se* WSBA#35787
701 Fifth Avenue
Suite 4550
Seattle, WA 98104
Phone: (206) 624-4900
Email: afb@wechslerbecker.com

**Attorneys for Defendants**
**PUGET CONSUMERS CO-OP, Freya Brier, Zachary Cook:**
Darren A. Feider, WSBA #22430
Email: dfeider@sbjlaw.com
Matthew Coughlan, WSBA #56583
Email: mcoughlan@sbjlaw.com
15375 SE 30th Place
Suite 310
Bellevue, WA 98007

**Plaintiff Briana D. Gage**
1716 N 128th Street
Seattle, WA 98133
Phone: (332) 260-7171
Email: bgage025@gmail.com

DATED:  February 20, 2024

Signed:   ___s/ Kurt Benshoof___
            Kurt Benshoof, *Pro Se*

PLAINTIFF Notice of Appeal (Dkt 92)
WAWD No. 2;23-cv-01392-JNW
Page 2 of 2

Kurt Benshoof, Plaintiff
1716 N 128th ST
Seattle, Washington 98133
(206) 460-4202
kurtbenshoof@gmail.com