**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** Western Washington

**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**

U.S. District Court case number: 2:23-cv-1392-JNW

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 09/07/2023

Date of judgment or order you are appealing: 02/16/2024

Docket entry number of judgment or order you are appealing: 92

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
☐ Yes   ☐ No   ☒ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Kurt A. Benshoof

Is this a cross-appeal?   ☐ Yes   ☒ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☐ Yes   ☒ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

1716 N 128th Street

City: Seattle   State: WA   Zip Code: 98133

Prisoner Inmate or A Number (if applicable):

Signature: s/ Kurt A. Benshoof   Date: 02/20/2024

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                          Rev. 06/09/2022

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Kurt A. Benshoof, pro se

Name(s) of counsel (if any):

Address: 1716 N 128th Street

Telephone number(s): (206) 460-4202

Email(s): kurtbenshoof@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

CITY OF SEATTLE

Name(s) of counsel (if any):

Dallas LePierre, WSBA #47391
Catherine Riedo, WSBA #50418

Address: 701 Fifth Avenue, Suite 2050, Seattle, WA 98104

Telephone number(s): (206) 684-8200

Email(s): dallas.lepierre@seattle.gov; catherine.riedo@seattle.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                    1                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

PUGET CONSUMERS CO-OP ("PCC")

Name(s) of counsel (if any):

Darren A. Feider, WSBA #22430
Matthew Coughlan, WSBA #56583

Address: 15375 SE 30th Place, Suite 310, Bellevue, WA 98007

Telephone number(s): (425) 454-4233

Email(s): dfeider@sbjlaw.com; mcoughlan@sbjlaw.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**   2   New 12/01/2018