1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

| | |
|---|---|
| KURT BENSHOOF and BRIANA D. GAGE,<br><br>                Plaintiffs,<br><br>        v.<br><br>MOSHE ADMON, DANIEL AUDERER, JUSTIN BOOKER, FREYA BRIER, CITY OF SEATTLE, NATHAN CLIBER, ZACHARY COOK, BENJAMIN COOMER, ANITA CRAWFORD-WILLIS, JENNY DURKAN, AMY FRANKLIN-BIHARY, WILLIE GREGORY, OWEN HERMSEN, DAVID KEENAN, GABRIEL LADD, MAGALIE LERMAN, MARY LYNCH, KATRINA OUTLAND, JESSICA OWEN, BLAIR RUSS, SPROUTS FARMERS MARKET, KING COUNTY, SEATTLE PUBLIC SCHOOLS, BIG 5 SPORTING GOODS, CENTRAL COOP, PUGET CONSUMERS CO-OP, FAYE CHESS, ANN DAVIDSON, ADAM EISENBERG, MATTHEW LENTZ, JEROME ROACHE, SOHEILA SARRAFAN, DAVID SULLIVAN, and JORDAN WALLACE, | CASE NO. 2:23-cv-1392<br><br>MINUTE ORDER |

MINUTE ORDER - 1

1

|  | Defendants. |
|---|---|

2

3         The following Minute Order is made by direction of the Court, the Honorable

4    Jamal N. Whitehead, United States District Judge:

5         During the last two months, Plaintiff Kurt Benshoof sent several emails to

6    chambers at whiteheadchambers@wawd.uscourts.gov, titled "U.S. Supreme Court

7    Application," "U.S. No. 23A-933," "9th Circuit Mandamus Re: Plaintiff's Sixth TRO;

8    WAWD No. 2:23-cv-1392-JNW (Dkt. # 158)." Benshoof also copied most, but not all,

9    Defendants on these emails. These emails appear to reference matters that are not

10   before this Court. No action has been taken regarding these emails. If Benshoof

11   seeks relief from the Court related to his pending cases, he must file a motion via

12   CM/ECF. The Court directs Benshoof to cease all further attempts at ex parte

13   communications with chambers.

14

15

16        Dated this 10th day of May 2024.

17                                              Ravi Subramanian

                                                Clerk

18                                              /s/Kathleen Albert

19                                              Deputy Clerk

20

21

22

23

MINUTE ORDER - 2