UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

JUN 20 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: KURT BENSHOOF.<br><br>———————————————<br><br>KURT BENSHOOF,<br><br>       Petitioner,<br><br> v.<br><br>UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON, SEATTLE,<br><br>       Respondent,<br><br>FAYE CHESS, et al.;<br><br>       Real Parties in Interest. | No. 24-3053<br><br>D.C. No. 2:23-cv-01392-JNW<br>Western District of Washington, Seattle<br><br>ORDER |

Before: SILVERMAN, BUMATAY, and SANCHEZ, Circuit Judges.

Petitioner has not demonstrated a clear and indisputable right to the extraordinary remedy of mandamus. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir. 2021) ("To determine whether a writ of mandamus should be granted, we weigh the five factors outlined in *Bauman v. United States District Court*."); *Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition for a writ of mandamus is denied.

All pending motions are denied as moot.

No further filings will be entertained in this closed case.

**DENIED.**