Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF,<br><br>                Plaintiff,<br><br>  vs.<br><br>MOSHE ADMON, DANIEL AUDERER, JUSTIN BOOKER, FREYA BRIER, CITY OF SEATTLE, NATHAN CLIBER, ZACHARY COOK, BENJAMIN COOMER, ANITA CRAWFORD-WILLIS, JENNY DURKAN, JAMES ERVIN, DAVID ESTUDILLO, MARSHAL FERGUSON, MICHAEL FOX, COREY FOY, AMY FRANKLIN-BIHARY, WILLIAM GATES, III, STEVEN GONZALEZ, TYLER GOSLIN, WILLIE GREGORY, OWEN HERMSEN, JAY INSLEE, DAVID KEENAN, GABRIEL LADD, DANIEL LENTZ, MAGALIE LERMAN, MARY LYNCH, SARAH MACDONALD, ANTHONY MARINELLA, RICARDO MARTINEZ, BRADLEY MOORE, KATRINA OUTLAND, JESSICA OWEN, PCC NATURAL MARKETS, KYLE REKOFKE, STEVEN ROSEN, BLAIR RUSS, UMAIR SHAH, SPROUTS FARMERS MARKET, MICHAEL THURSTON, JARED WALLACE, SANDRA WIDLAN,<br><br>                Defendants. | No.   2:23-CV-1392-JNW<br><br>DECLARATION OF DALLAS LEPIERRE |

DECLARATION OF DALLAS LEPIERRE - 1
(2:23-cv-1392-JNW)

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

I, DALLAS LEPIERRE, being familiar with the facts set forth herein based on my personal knowledge, and being competent to testify, hereby declare under penalty of perjury that the following is true and correct:

1. During the course of this litigation, I spoke with Plaintiff, Kurt A. Benshoof, over the phone multiple times.
2. I offered to waive service on behalf of the City's clients multiple times.
3. Plaintiff refused all such offers to waive service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 4th day of October, 2024.

By:   */s/Dallas LePierre*
     Dallas LePierre, WSBA# 47391
     Assistant City Attorney
     E-mail: Dallas.LePierre@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone: (206) 684-8200

*Attorney for Defendant City of Seattle, Jenny Durkan, Matthew Lentz, Katrina Outland, David Sullivan, Gabriel Ladd, Jordan Wallace, Mary Lynch, Willie Gregory, Faye Chess, Jerome Roache, Adam Eisenberg, Anita Crawford-Willis, Soheila Sarrafan, Ann Davison, and Benjamin Coomer*

DECLARATION OF DALLAS LEPIERRE - 2
(2:23-cv-1392-JNW)

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

**CERTIFICATE OF SERVICE**

I certify that on the 4th day of October, 2024, I caused a true and correct copy of this document to be served on the following in the manner indicated below:

| | |
|---|---|
| King County Correctional Facility<br>Kurt Alden Benshoof<br>B/A number 2024-008067<br>500 Fifth Ave.<br>Seattle, WA 98104<br><br>*[Pro Se Plaintiff]* | (X)  U.S. Mail<br>(X)  CM/ECF<br>(  )  ABC Legal Messengers<br>(  )  Faxed<br>(  )  Via Email:<br>kurtbenshoof@gmail.com |
| Briana D. Gage<br>1716 North 128th Street<br>Seattle, WA 98133<br><br>*[Pro Se Plaintiff]* | (  )  U.S. Mail<br>(X)  CM/ECF<br>(  )  ABC Legal Messengers<br>(  )  Faxed<br>(  )  Via Email:<br>bgage025@gmail.com |
| Michael C. Tracy and Sarah N. Turner<br>Gordon Rees Scully<br>701 Fifth Avenue, Suite 2100<br>Seattle, WA 98104<br>(206) 659-5135<br><br>*[Nathan Cliber]* | (  )  U.S. Mail<br>(X)  CM/ECF<br>(  )  ABC Legal Messengers<br>(  )  Faxed<br>(  )  Via Email:<br>mtracy@grsm.com |
| Amy Franklin-Bihary<br>701 Fifth Avenue, Suite 4550<br>Seattle, WA 98104<br>(206) 624-4900<br><br>*[Pro Se Defendant]* | (  )  U.S. Mail<br>(X)  CM/ECF<br>(  )  ABC Legal Messengers<br>(  )  Faxed<br>(  )  Via Email:<br>afb@wechslerbecker.com |
| Darren A. Feider & Matthew Coughlan<br>Sebris Busto James<br>15375 SE 30th Place, Suite 310<br>Bellevue, WA 98007<br>(425) 454-4233<br><br>*[Puget Consumers Co-op, Freya Brier, Zachary Cook, Central Co-op]* | (  )  U.S. Mail<br>(X)  CM/ECF<br>(  )  ABC Legal Messengers<br>(  )  Faxed<br>(  )  Via Email:<br>dfeider@sbj.law,<br>mcoughlan@sbj.law |

DECLARATION OF DALLAS LEPIERRE - 3
(2:23-cv-1392-JNW)

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

| | |
|---|---|
| James T. Yand & James Johnson<br>Miller Nash LLP<br>605 Fifth Avenue S, Suite 900<br>Seattle, WA 98104<br>(206) 622-8484<br><br>*[Big 5 Sporting Goods & Sprouts Farmers Market]* | ( ) U.S. Mail<br>(X) CM/ECF<br>( ) ABC Legal Messengers<br>( ) Faxed<br>( ) Via Email:<br>james.yand@millernash.com,<br>james.johnson@millernash.com<br>cara.lowrance@millernash.com |
| Peggy Wu<br>King County Prosecuting Attorney's Office<br>701 5th Avenue, Suite 600<br>Seattle, WA 98104<br>(206) 477-1120<br><br>*[King County and Judge David Keenan]* | ( ) U.S. Mail<br>(X) CM/ECF<br>( ) ABC Legal Messengers<br>( ) Faxed<br>( ) Via Email:<br>pwu@kingcounty.gov |
| Sarah S. Mack<br>Pacific Law Group LLP<br>1191 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>(206) 245-1700<br><br>*[Seattle Public Schools, Gregory Narver, and Justin Booker]* | (X) CM/ECF<br>( ) ABC Legal Messengers<br>( ) Faxed<br>( ) Via Email:<br>sarah.mack@pacificlawgroup.com |
| Blair M. Russ<br>Tomlinson Bomsztyk Russ<br>1000 Second Avenue, Suite 3660<br>Seattle, WA 98104<br>(206) 621-1871<br><br>*[Blair M. Russ]* | (X) CM/ECF<br>( ) ABC Legal Messengers<br>( ) Faxed<br>( ) Via Email: bmr@tbr-law.com |

*/s/ Grace Selsor*
Grace Selsor, Legal Assistant

DECLARATION OF DALLAS LEPIERRE - 4
(2:23-cv-1392-JNW)

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200