Hon. Jamal Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KURT BENSHOOF,

Plaintiff,

v.

MOSHE ADMON, et al.,

Defendants.

No.: 2:23-cv-01392-JNW

**DECLARATION OF KURT A. BENSHOOF IN SUPPORT OF DENYING SEATTLE'S MOTION FOR A VEXATIOUS LITIGANT ORDER AGAINST PLAINTIFF**

I, KURT BENSHOOF, declare as follows:

1. I am over the age of 18 and I am competent to testify as to the matters stated herein. I am the Plaintiff in this case.

2. During the course of this litigation, I spoke with Counsel for the City of Seattle ("City") in this case, DALLAS LEPIERRE, over the phone multiple times.

3. DALLAS LEPIERRE offered to waive service on behalf of the City's clients multiple times.

4. I did not refuse all such offers to waive service.

5. I had already served all City officials in their official capacities via the City's online email service address.

6. I informed DALLAS LEPIERRE that he could only offer to waive service on City officials in their official capacities.

DECLARATION OF KURT A. BENSHOOF IN SUPPORT OF DENYING
SEATTLE'S MOTION FOR A VEXATIOUS LITIGANT ORDER AGAINST
PLAINTIFF
No. 2:23-cv-01392-JNW

1

7. During one of my phone conversations with DALLAS LEPIERRE, I informed DALLAS LEPIERRE that DALLAS LEPIERRE would be committing misappropriation of public funds, which is a class B felony; and that I would be an accomplice to that if I partook in his offer to accept service on behalf of the individual capacity defendants.

8. On January 4, 2024, I motioned for an order for US Marshal service (Dkt. 51).

9. Presiding Judge Whitehead did not rule on the motion until June 28, 2024 (Dkt. 245).

10. Because of the delay in Judge Whitehead's order, I had no choice but to incur great expense on my credit card in order to serve the defendants by publication.

I declare under penalty of perjury that the foregoing is true and correct.

RESPECTFULLY SUBMITTED,

*[signature]*

Kurt Benshoof, Plaintiff *pro se*
1716 N 128th Street
Seattle, WA 98133
**King County Correctional Facility – Seattle**[1]
B/A 2024-008067, UCN# 10518097
500 Fifth Ave., Seattle, WA 98104
East - Lower  B - 9th Floor - Cell #6
Email: kurtbenshoof1@gmail.com
         [no access to internet/email]

---

[1] Subject to change without notice, mail delivery [send/receive] not guaranteed.

DECLARATION OF KURT A. BENSHOOF IN SUPPORT OF DENYING SEATTLE'S MOTION FOR A VEXATIOUS LITIGANT ORDER AGAINST PLAINTIFF
No. 2:23-cv-01392-JNW

The foregoing statements of fact were typed up by the undersigned, upon Mr. Kurt Benshoof's request and to the best of the undersigned's understanding.[2]

Signature: ___/s/ URVE MAGGITTI___  Date: __October 10, 2024__
/URVE MAGGITTI /
urve.maggitti@gmail.com

---

[2] See *Faretta v. California* and Section 35 of the **Judiciary Act of 1789, 1 Stat. 73, 92**
DECLARATION OF KURT A. BENSHOOF IN SUPPORT OF DENYING
SEATTLE'S MOTION FOR A VEXATIOUS LITIGANT ORDER AGAINST
PLAINTIFF
No. 2:23-cv-01392-JNW

## AFFIDAVIT

The foregoing were typed up by the undersigned, upon Mr. Benshoof's request and to the best of the undersigned's understanding.[3]

Federal and State Constitutions require that criminal prosecutions conform to prevailing notions of fundamental fairness and that criminal defendants be given a meaningful opportunity to present a complete defense. State v. Wittenbarger, 124 Wn.2d 467, 474–75, 880 P.2d 517 (1994).

Mr. Benshoof has been denied not only *meaningful opportunity* to present a *complete defense* in the malicious criminal prosecution and persecution brought against Mr. Benshoof, it is a FACT that Mr. Benshoof has been denied the most essential, elemental and basic resources to even attempt to present defense: access to pen, paper, computer, internet, email, and majority of the discovery. [4]

In 1975 in *Faretta v. California*, United States Supreme Court acknowledges an established historical fact: "Section 35 of the Judiciary Act of 1789, 1 Stat. 73, 92, enacted by the First Congress and signed by President Washington one day before the Sixth Amendment *813 was proposed, provided that 'in all the courts of the United States, the parties may plead and manage their own **causes personally or by the assistance of such counsel** . . . .' The right is currently codified in 28 U.S.C. s 1654."[5]

The Court quoted from Section 35 of the **Judiciary Act of 1789, 1 Stat. 73, 92** which states as follows:

> "SEC. 35. And be it further enacted, **That in all courts** of the United States, the **parties may plead and manage their own causes personally or by assistance of such counsel or attorneys at law**" [6]

**Judiciary Act of 1789** was passed before ratification of the Sixth Amendment in the Bill of Rights in 1791. The drafters of the Sixth Amendment had deliberately removed the word *attorneys at law* from the Sixth Amendment, and substantially amended the language to read: **"right to have the Assistance of Counsel."**

Signature: /s/ *Urve Maggitti*    Date: October 10, 2024

/URVE MAGGITTI/   urve.maggitti@gmail.com

---

[3] See *Faretta v. California* and Section 35 of the **Judiciary Act of 1789, 1 Stat. 73, 92**
[4] Mr. Benshoof was provided few photocopies of the incident reports, from the Seattle Police Department which responded to Jessica Owen's and Magalie Lerman's calls, and police reports of three visits to Mr. Benshoof's home.
[5] Faretta v. California, 422 U.S. 806, 812–13, 95 S. Ct. 2525, 2530, 45 L. Ed. 2d 562 (1975)
[6] "The Judiciary Act; September 24, 1789, 1 Stat. 73. An Act to Establish the Judicial Courts of the United States." "APPROVED, September 24, 1789."
https://avalon.law.yale.edu/18th_century/judiciary_act.asp

DECLARATION OF KURT A. BENSHOOF IN SUPPORT OF DENYING SEATTLE'S MOTION FOR A VEXATIOUS LITIGANT ORDER AGAINST PLAINTIFF
No. 2:23-cv-01392-JNW

## ACKNOWLEDGMENT
## AFFIDAVIT
### (Verification)

STATE OF PENNSYLVANIA )
COUNTY OF CHESTER )

I, Urve Maggitti, the undersigned Affiant hereto, do hereby declare under penalties of perjury under the laws of the Commonwealth of Pennsylvania and the United States of America, that the foregoing accounting of facts are true and correct to the best of my current knowledge and belief.

I am over the age of 18 years of age, am a resident of the Commonwealth of Pennsylvania, have personal knowledge of the matters of this affidavit, and am capable of making such affidavit.

Pursuant to 28 U.S. Code § 1746 (1) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 10, 2024.

Signed: _____
Urve Maggitti

### Notary as JURAT CERTIFICATE

State of Pennsylvania __Philadelphia__

BEFORE ME personally appeared Urve Maggitti who, being by me first duly sworn, executed the foregoing in my presence and stated to me that the facts alleged therein are true and correct according to her own personal knowledge.

_____
Notary Public,
My commission expires: 08/20/28

Commonwealth of Pennsylvania - Notary Seal
Richard A. Martinez, Notary Public
Philadelphia County
My commission expires August 20, 2028
Commission number 1444107
Member, Pennsylvania Association of Notaries

Page 5

NO. 2:23-cv-01392-JNW

# CERTIFICATE OF SERVICE

Petitioner hereby certifies that the foregoing motion will be send to all counsel of record by email to the addresses listed below.

**Attorneys For Defendant**
**CITY OF SEATTLE:**
Dallas LePierre, WSBA #47391
Catherine Riedo, WSBA #50418
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Email: dallas.lepierre@seattle.gov
Phone: (206) 386-1041
Email: catherine.riedo@seattle.gov
Phone: (206) 684-8200

**Defendant AMY FRANKLIN-BIHARY:**
Amy Franklin-Bihary, *pro se* WSBA#35787
701 Fifth Avenue
Suite 4550
Seattle, WA 98104
Phone: (206) 624-4900
Email: afb@wechslerbecker.com

**Attorneys for Defendant**
**NATHAN CLIBER:**
Sarah N. Turner, WSBA #37748
Email: sturner@grsm.com
Michael C. Tracy, WSBA #51226
Email: mtracy@grsm.com
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5178

**Defendant Blair Russ:**
Blair M. Russ, WSBA #40374
1000 Second Avenue
Suite 3660

DECLARATION OF KURT A. BENSHOOF IN SUPPORT OF DENYING SEATTLE'S MOTION FOR A VEXATIOUS LITIGANT ORDER AGAINST PLAINTIFF
No. 2:23-cv-01392-JNW

Seattle, WA 98104
Email: bmr@tbr-law.com
Phone: (206) 621-1871

**Attorneys for Defendants**
**PUGET CONSUMERS CO-OP, Freya Brier,**
**Zachary Cook:**
Darren A. Feider, WSBA #22430
Email: dfeider@sbjlaw.com
Matthew Coughlan, WSBA #56583
Email: mcoughlan@sbjlaw.com
15375 SE 30th Place
Suite 310
Bellevue, WA 98007

**Defendant Moshe Admon:**
Moshe Y. Admon, WSBA #50325
300 Lenora Street
Suite 4008
Seattle, WA 98121
Email: jeff@admonlaw.com
Phone: (206) 739-8383

**Attorneys for Defendants**
**BIG 5 and SPROUTS:**
James Yand, WSBA #18730
Email: james.yand@millernash.com
James Johnson, WSBA #45750
Email: james.johnson@millernash.com
605 Fifth Avenue S, Suite 900
Seattle, WA 98104
Phone: (206) 624-8300

**Attorney for Defendants**
**David Keenan, KING COUNTY:**
Peggy Wu, WSBA #35941

Email: pwu@kingcounty.gov

DECLARATION OF KURT A. BENSHOOF IN SUPPORT OF DENYING
SEATTLE'S MOTION FOR A VEXATIOUS LITIGANT ORDER AGAINST
PLAINTIFF
No. 2:23-cv-01392-JNW

1  Phone: (206) 477-1120
2  701 Fifth Avenue, Suite 600
3  Seattle, WA 98104
4
5  **Defendant Magalie Lerman:**
6  Magalie E. Lerman
7  849 NE 130th Street
8  Seattle, WA 98125
9  Email: magalie.lerman@gmail.com
10 Phone: (303) 500-9723
11
12 **Attorney for Defendant**
   **Seattle Public Schools:**
13 Sarah S. Mack, WSBA #32853
14 1191 Second Avenue, Suite 2000
15 Seattle, WA 98101
16 Phone: (206) 245-1700
   Email: sarah.mack@pacificalawgroup.com
17
18 **Attorneys for Defendant**
19 **CENTRAL COOP:**
20 Darren A. Feider, WSBA #22430
21 Email: dfeider@sbj.law
22 Matthew Coughlan, WSBA #56583
23 Email: mcoughlan@sbj.law
24 15375 SE 30th Place
25 Suite 310
26 Bellevue, WA 98007
27
28 **Defendant Jessica Owen:**
   Jessica R. Owen
29 849 NE 130th Street
30 Seattle, WA 98125
31 Email: ms.jadelicious@gmail.com
32 Phone: (206) 427-6170
33
34
35

DECLARATION OF KURT A. BENSHOOF IN SUPPORT OF DENYING
SEATTLE'S MOTION FOR A VEXATIOUS LITIGANT ORDER AGAINST
PLAINTIFF
No. 2:23-cv-01392-JNW