**FILED**

FEB 21 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KURT BENSHOOF and BRIANA GAGE, | No. 24-4223 |
| Plaintiffs - Appellants, | D.C. No. 2:23-cv-01392-JNW Western District of Washington, Seattle |
| v. | |
| MOSHE ADMON; et al., | ORDER |
| Defendants - Appellees. | |

Before:  SILVERMAN, WARDLAW, and DESAI, Circuit Judges.

We conclude that the questions on review are too insubstantial to warrant further briefing.  *See* 9th Cir. R. 3-6(a) (standard for summary disposition); *see also United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982).

The district court's judgment is affirmed.

All pending motions are denied as moot.

No further filings will be entertained in this closed case.

**AFFIRMED.**